DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 271A16 | Latwang Janell Reid v. State | Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-1059) | Dismissed *ex mero motu*<br><br>**Ervin, J., recused** |
|---|---|---|---|
| 275A16 | Colleen Blondell v. Shakil Ahmed, Shabana Ahmed, Michael Fekete and Susan Elizabeth Fekete, Individually | 1. Defs' (Shakil Ahmed and Shabana Ahmed) Notice of Appeal Based Upon a Dissent (COA15-796)<br><br>2. Defs' (Shakil Ahmed and Shabana Ahmed) PDR as to Additional Issues | 1. —<br><br><br><br>2. Denied |
| 279P16 | In the Matter of M.A.W. | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-1153)<br><br>2. Petitioner's Motion to Deem PDR Timely Filed<br><br>3. Petitioner's Petition for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied<br><br>3. Allowed |
| 280P15 | In re Foreclosure of Real Property Under Deed of Trust from Michael D. Gutowski and Mary Anne Gutowski, in the Original Amount of $286,000, Dated November 9, 2006 and Recorded on November 15, 2006 in Book 4367 at Page 502, Union County Registry; Trustee Services of Carolina, LLC, Substitute Trustee | 1. Respondents' *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-881)<br><br>2. Respondents' *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Respondents' *Pro Se* Motion for Stay of Foreclosure Sale<br><br>4. Respondents' *Pro Se* Motion to Enjoin All Other State Actions<br><br>5. Petitioner's Motion to Dismiss Appeal<br><br>6. Respondents' *Pro Se* Motion for Stay in Light of Bankruptcy Filing | 1. —<br><br><br><br>2. Denied<br><br><br>3. Denied **08/25/2015**<br><br>4. Dismissed as moot<br><br>5. Allowed<br><br>6. Dismissed as moot |
| 280P16 | Patricia B. Hoover v. George Barry Hoover | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1396) | Denied |